1  LAWRENCE J. SEMENZA, III, ESQ., Bar No. 7174
   Email: ljs@skrlawyers.com
2  CHRISTOPHER D. KIRCHER, ESQ., Bar No. 11176
   Email: cdk@skrlawyers.com
3  JARROD L. RICKARD, ESQ., Bar No. 10203
   Email: jlr@skrlawyers.com
4  SEMENZA KIRCHER RICKARD
5  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
6  Telephone: (702) 835-6803
7  Facsimile:  (702) 920-8669

8  KEVIN D. HARLOW (admitted *pro hac vice*)
   kevin.harlow@dlapiper.com
9  DLA PIPER LLP (US)
   401 B Street, Suite 1700
10 San Diego, California 92101
   Telephone: 619.699.2700
11 Facsimile:  619.699.2701

12 Attorneys for Defendants
13 STATION CASINOS LLC AND
   RED ROCK RESORTS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROCCO BOSCO, | Case No. 2:18-cv-386-APG-GWF |
| Plaintiff, | |
| v. | |
| STATION CASINOS LLC, a Domestic Limited Liability Company; RED ROCK RESORTS, INC, a Domestic Corporation D/B/A THE WILD WEST GAMBLING HALL AND CASINO; DOE INDIVIDUALS 1 through 300; and ROE BUSINSS OR GOVERNMENTAL ENTITIES, 1 through 300, Inclusive | **ORDER** |
| Defendants. | |

1

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Rocco Bosco and Defendants Station Casinos LLC and Red Rock Resorts, Inc., by and through their respective counsel of record, file this joint motion requesting that the Court dismiss this action with prejudice. Each party shall bear their own attorney's fees and costs incurred in connection with this action.

MULLINS & TRENCHAK

*/s/ Philip J. Trenchack*
Philip J. Trenchack, Esq. Bar No. 9924
Victoria C. Mullins, Esq., Bar No. 13546
1212 S. Casino Center Blvd.
Las Vegas, NV 89104

Attorneys for Plaintiff Rocco Bosco

SEMENZA KIRCHER RICKARD

*/s/ Lawrence J. Semenza, III*
Lawrence J. Semenza, III, Esq., Bar No. 7174
Christopher D. Kircher, Esq., Bar No. 11176
Jarrod L. Rickard, Esq., Bar No. 10203
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

Kevin D. Harlow (admitted *pro hac vice*)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101

Attorneys for Defendants
STATION CASINOS LLC, AND
RED ROCK RESORTS INC.

### ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 3, 2018.